*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

Monday, July 15, 2013

No. 04-13-00377-CV

BARBARA JEAN (JOHNSON) BAKER,
Appellant

v.

REVERSE MORTGAGE SOLUTIONS INC,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29172
Honorable Bert Richardson, Judge Presiding

## O R D E R

After reviewing the parties' addendums to the Civil Docketing Statement in the above-numbered and styled appeal, this court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE § 154.021 (Vernon 2005). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by stating: (1) the name, address, and fee schedule of the mediator of their choice; or (2) that they cannot agree on a mediator, in which case the court will appoint one; or (3) any objection to mediation and the reasons for such objection. *See id.* § 154.022 (b).

Provided the parties submit to mediation, this court will issue an order suspending all appellate deadlines for forty-five (45) days in order that the parties may concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on Monday, July 15, 2013.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on Monday, July 15, 2013.

_____
Keith E. Hottle, Clerk